EXHIBIT 1

promised in the contract? I would get an attorney, and [...] don't be a victim any longer. By the activity on this board, it sure looks like the Liberty bubble has popped. REMEMBER TE[...] ABOUT LIBERTY!!!

To ADMIN, can you tell us (if you know) how many v[...]n average day?

38. *Franchise Owner 2* says:
May 30, 2012 at 3:34 pm

Thanks guy advice is very appreciated. So here is the deal I have owned store for 4 years it is profitable. The employees that work there would like to buy the place and not run it as a Liberty but as a mom and pop. I do not owe Liberty any money. I just look around and it I see all of the other franchisees losing everything. I want out I don't believe in Liberty and I think it is awful what is happening to good people who bought franchisees. Also the lease is for another two years which the potential new owners will want. So if Liberty took over the lease that would break the deal for sure. Can I do this or do they have me up against wall?

39. *Trisha Grabert* says:
May 30, 2012 at 3:34 pm

@Franchise owner,

You should join a firm that is taking these cases on contingency. I can help past and present investors and victims or future victims with legal contacts. Request my info through admin or on facebook. We cannot give Corporate a heads up on nature and cause until all is ready at the right time. So that is why it is hard to get the info you are looking for. I have been waiting for Liberty to take action against me first. Too bad, not happened yet. I owe them money, they can bring it. In the end, they owe all of us money.
No, the contract is not solid to our advantage, but parts of it are to their advantage.

There are many many in your same shoes at this very moment. Giving poor legal advice can put us in court as defendents so you must understand. I would recommend the largest firm taking these cases as someone you need to talk to and I have their number as they will be willing to speak to you over the phone. If you email admin of this site they will request from me to give out my phone number. We can talk and then keep everyone updated from there of where this falls under.

To answer your question about what are typical suits Liberty is involved in as the Plantiff, you can google many of them and get the entire case at no charge with decisions. It is typical for breach of contract, trademark use and I think not looking at my files, they love intellectual property cases. (costly)

They don't win them all, and they like to appeal and lose some as well. You will be surprised to see the ones that are for public record available now, you will be even more surprised of new ones not available yet. You can read at least 40 of them today if you look in the right place. Remember all the names they can be filed under, JHT Holdings JHT inc Liberty Tax Service etc… you get the idea.

-Trisha

@guest9,

I knew you would find it, that is why I quoted it. Nice interview among many, eh?

40. *Trisha Grabert* says:
May 30, 2012 at 3:38 pm

franchise owner 2,

If Liberty has your leases, that breaks those plans, they have secured that location for their purposes…how did they manage that without your agreement?

-Trisha

41. *Franchise Owner 2* says:
May 30, 2012 at 4:34 pm

Liberty does not have my lease it is in my personal name.

42. *mike* says:
May 30, 2012 at 6:08 pm

Franchise owner,

If you have no intention of doing any tax returns then just walk away. Your landlord can transfer the lease to anyone they want (even your current employees). Liberty will want all the files, (so what give them to them, shuffle them first :) Yes Liberty will be upset, but if YOU are not competing with them, I don't see what they will come after you for. They have all the clients numbers and addresses and will contact them. Therefore, you should ADVISE your clients in advance to tell them what will happen. I don't blame you for walking away:)



I have just received a large judgement, and I didn't wa[...] really considering becoming a franchise owner of Liberty, seeing how I currently work for them. However, because my curr[...] hours a week on a $475 salary, and all of the comments on here. I've decided to take my money somewhere else. Thanks E[...]

29. *Franchizee* says:
January 22, 2013 at 12:50 pm

Good for you MzFriendly! You can start your own or just invest and do something else. There is no time off from Liberty, there is always something you have to do or they throw a fit. Even during the off season…

30. *Current ZEE* says:
January 23, 2013 at 10:01 am

MzFriendly If you like the business then take what you have learned and start you own. You will be just as successful. I can't wait to get out of my agreement Liberty just takes and takes. Now they are taking $25.00 for every loan we do. I have instructed our preparers to not offer these and offer a bigger discount for payment up front

31. *Scammed1* says:
January 23, 2013 at 10:41 am

It is amazing that Hewitt has figured out yet another way to squeeze franchisees as well as customers! $25 loan fee? Isn't that illegal in most states? Seems to me that is acting like a bank: giving out loans and charging fees. Sheeeez, what will liberty and hewiit come up with next?

32. *Franchizee* says:
January 23, 2013 at 11:30 am

Does anyone know when we should receive our first money from the IRS? I guess we are suppose to be excited about the "super peak" however, who cares if there is no money anytime soon…Only time will tell.

33. *BILL* says:
January 23, 2013 at 11:56 am

It looks like the IRS is not publishing a E-file refund cycle chart for 2013. Based on last years chart the span is 6-13 days. This year will be longer because of the amount of returns that will be transmitted in the first couple of weeks. Also expect delays on EIC/Child credit returns. I would anticipate checks no earlier then 2/15/2013.

Is Liberty providing any operating loans so franchisees can meet their payroll and other obligations? More stores to bite the bullet in 2013!

34. *Trisha Grabert* says:
January 23, 2013 at 6:30 pm

Hi everyone! I am back from the Bahamas and I see people are still being so helpful in telling truths and saving lives for future victims of this franchise.

I am very happy to see you all determined to tell your story and answer questions.

I am catching up on posts and I see no one has posted John's home phone number to contact him? He is easy to reach. He is dodging of course so take it to the discussion board and to all your local franchisees to get answers from Corporate on anything. Get documentation, not enlightenment and sales tactics and loss prevention. He leaves his door unlocked also as he has always welcomed us all into his home, did he not?

To the Illinois guest, If they change your locks–Show your business card and change them right back. They will send a calvary to squat in your office. If you have the lease, kick them out of your office space. They will tell your landlord you have the flu or sick or out of town and convince them they are their to renegotiate a lease on your behalf, especially if you are financed so keep good communication with your landlord and warn them you are the only decision maker. Do not let them take your files, your office equipment–nothing. You PAID for it. You have the receipts and proof of ownership and right to claim those expenses on your taxes. Do you think they are going to steal your 30k of equipment and claim 30k of income on their Corporate return as a gain….No. You do not agree to sell the stuff to them, they do not own it, you do. Files and all…you paid for every folder and the ink on every pack of paper. Do not sign anything. They will be answering for everything they do and have done. Don't let them push you and stand your ground. Take your office back. Take their sign and sell it, you own that too. Take them to court in your state for every state statute they violate aside from contract, but notice, they will jump right on a plane and run after putting some local people in there to change your locks when you are not looking. Follow your State laws and Statutes and know your rights. Sue your landlord if they make the mistake if changing your lease prematurely or by misrepresentation, then let them sue Liberty. Time is money, don't let them walk with anything that is yours. Their contract can be argued where venue will be held whatever time that will take them if they dare go for it under the circumstances they have much bigger to worry over than us zees.

Yes they purchased Metabank was a question I saw.

Yes they are being investigated and litigated by many and majors. Everything is being monitored by the feds regarding John Hewitt and Liberty Tax. I encourage everyone and anyone to contact J. Arrington at IRS who works this case on the criminal and IRS civil level. On the damages, you need an attorney on contingency. John pays his attorneys pennies, they are not strong. His company is not in a good position at this moment so hit him with your best suits now. Contact ZESB as advertised above, they are legit. Take individual suits, but keep in mind, you want fast action and want this stopped….cooperate and volunteer to advocate to the investigators at the IRS and tell all.

Everyone here has done a great job in posting giving so much information publicly. This is a fantastic site to get the information out there and reach people. You can use tort attorneys but it will take years for either party to get in court. During those years, people die, lose touch, lose records and Liberty counts on that. Don't give them the satisfaction of piling a hate club on their legal staffs desk. Contact the IRS and ask for Jerry Arrington and this would have been over months ago. Do not be afraid to speak to the IRS, they already know what you have been through and what trainings and pressure they put on people in general. Add yourself to the witness list.

YOU DO HAVE A RIGHT TO TESTIFY, they will summons you. You want to tell the feds no or Liberty paperwork no? Retalliation is to be expected so do what you need to to set your own business up. People have the choice who they want to do their taxes. Good Luck with Liberty chasing hundreds of people who take their sign down and file with a smile. They have went after people before, but circumstances were different, seek legal advice and be the expert on who you hire. Be the expert on loopholes. Be the expert of moving it and improving it. The customers need you and the franchisees need you to "Set the Standard".

Liberty will never be #1. They will be known for selling the Eiffel Tower more than twice and be shown on American Greed or the like and we will have the satifaction of learning he did not steal one more child's college tuition in a family's five year plan..not one more mortgage foreclosure or divorce caused, not one more pension lost and not one more victim believing they did something wrong. The system is wrong, a scam, a scheme, a con. Believe in yourself and stand up for yourself.

I wish no harm, only protection for all those zees still stuck in their game. Be proactive, record everything and react on everything. Place questions on the discussion board on znet. You may get banned, but why?? Because they are protecting the truth. Make them answer. Give them a notice to cure today and get answers.

A special thanks to the ADMIN and all posters for exposing the truth. I am back and I am not back to play by the rules. Justice is there for the taking. Let's get some!!

Oh, let me add in case they have a legal dollar to try me one……everything I stated is "IN MY HONEST OPINION" ;-)

Yes 52 card pick up is a blast Mike! ;-) And so is voluntary waving in bozo clown suits in front of stores, honk the nose if you been screwed!! City ordinances apply.

-Trisha

35. *Franchizee* says:
January 23, 2013 at 9:22 pm

@Trisha – We are scanning the files before giving the 1040's to home office. According to the Bank Agreement – ERO/EFIN has to keep everything in order for 5 years….What has other's done before? We are apparently coming onto Mega Super Peak… Yawn……………..Taxslayer can do a 1040 for $9.95, of course I have had to amend those return's years later, but it does not pay the bills this year..

36. *Franchizee* says:
January 23, 2013 at 9:23 pm

Thanks Bill, that is my earliest estimate on payments.

37. *Guest* says:
January 23, 2013 at 11:54 pm

I'm guessing that many returns will be processed slow and money will be slow in coming. Many stores will have no money for bills including the moms and pops.

38. *Trisha Grabert* says:
January 24, 2013 at 11:40 am

@Franchizee

You are actually taking time to do something for them? They have those files at their Corporate office on electronic database so…why do they need your 1040 copies? Waste of time…You will get nothing but a request letter via UPS. No need to respond. When the IRS asks them for files, they swear that everything is lost…like conference call trainings, etc. Do what your lawyer advises only if it keeps you up at night. Focus on yourself. Your time is valuable. I have had threat letters, those stopped right away once I became a federal witness. They would have stopped anyhow. They don't need those files to resell your office to the next victim at all.

It's like saying you got better without taking the medicine, so it's [illegible] EXHIBIT 3 [illegible] hn is a master magician, and a great salesman, but his operations people stink at supporting us. I do good because I'm [illegible] orporate for the software, literally, I get no marketing value from them, I don't use their tax support folks as they take forev[illegible] know as much as most of them do.

Tech support is good at times, but honestly I do most of my own [illegible] e what value I get for my royalties? Why do I remain? Honestly, it's because I can't sell the store for what it is worth to me. Unlike others losing money, I don't need to sell or have to sell, so I'm not simply going to unload my territory to a lowball offer.

I wouldn't renew next time around, but as others have said, the best run part of Liberty is the legal attack dog division, and I don't feel like fighting the non-compete to stay in business (though I really don't need or want them anymore).

Now that the rant is over, let me add this. I simply think corporate is incompetant, unresponsive, and indifferent. I don't think for a second that they promote anything illegal. Unethical? Maybe if you interpret it that way. I knew since Annie came on board that she was bad news, and her methods would only work to get new clients, but retention would be horrendous.

How many years can you keep at fooling new clients each year and losing them forever. It simply can't be maintained. The falsifying returns was her going rogue. That was NEVER EVER taught on a wide scale. Maybe to her internal folks, maybe to her AD Zees. Never on a nationwide scale. I saw the training from her (her material, not actually from her though). The "Closing the Sale" mumbo jumbo. That material has nothing to do with the accuracy of the return. You're still taught to do the correc t and actual forms. It has to do with fleecing the customer on the closing.

Yep, the $2500 refund and the $200 fees is to be presented as, them getting $2300 back. Doesn't sound too bad to do right? I think it sucks, and is totally unethical. That example isn't bad, but what about the EIC customer that is getting back $7600, and your bill from corporates unaltered fee schedule is $525? You think it's right to simply tell them, "And you can see right here that you're due back $7075. Isn't that great!", while you leave out that fact that it's $525 to get it done.

I've never bought into that garbage, or the inflated fees to be honest. I will have some returns go into the upper $300's, but I don't sock it to the folks, and we always let them know what their refund is and what the fees all are. Let them make an educated choice.

The BS of telling them if they don't want the $75 form, they don't have to pay for it, but it will take $2500 off their refund IS a violation of IRS rules by the way. As a preparer, you need to prepare an accurate return, and not knowingly let off things. Unless that's a SCH A that they can choose not to take, most of the other forms are simply a result of the children being qualifying children and meeting age/income/residency requirements. Dropping those forms is unethical and frankly it's blackmail. Let them choose to file or not to file, but don't pick and choose forms to put on leave off to get to an end price that works.

In the end, I think Liberty cares more about sales of territories than about the operations within the existing ones, but I don't think they promote or condone illegal activities. That's the point of the rant here. Don't paint John and his folks with a broader brush than necessary, they are bad in many ways, but not for what they are being accused of there or in that other most recent posting.

35. *guest2* says:
September 26, 2012 at 10:42 am

Watch out for the statement the 'they intend to shut all offices down'. That's another tactic to scare people. You should not say things that could hurt someone reading it.
That's not logical. Read a Circular 230, or consulate a knowledgeable professional.
Sometimes even the IRS follows their own procedure. Also, you do have people, hard working people trying to move on. Stop trying to scare people who have done nothing wrong.

36. *Trisha Grabert* says:
September 26, 2012 at 11:58 am

@Dodgerdawg,

Thank you for your respectful response. You are correct, this site is not about anyone in particular at all. It is a united effort to communicate efficiently and effective as well as affectively. Some of the questions you asked privately could have been asked on this site and I was uncomfortable answering on facebook which shows your name, especially because of your pending sale, my notice of deposition on a the racketeering case, and the fact that the facebook messages could have been subpoened which could have caused your paperwork incomplete to this day. I did you a favor, not responding to particular questions and your sale went through and something as simple as me telling you take it to the site would still have given away your identity if those records were requested at the hearing. I can tell you one of the very first half hour of questions was their lawyer asking who is everyone I have been in contact with and it was objected umpteen times and none of your names were given and none of that information was relative to their case. If you noticed, I was inactive on this site a few weeks during a sensitive time to focus on that case as advised. I apologize if there was misinterpretation there.You have to now know that I must have had a conflicting position at the time to those questions and others as it is not like me to go silent. I must protect people's identities of the ones who have connected with each other and me. Many people on this board are in constant contact with me, but they know the disclosure boundaries I am under for the sake of pending trials affecting them or other people. But if you ask any of them, none of my involvement has been in self interest to this date.

You were worried for good reason, and I protected your identity for good reason as I would with anyone dealing with these crooks regardless. IF Liberty Tax, as a whole, were not crooks, your gut would have never led you here. You knew something was wrong from the inititiation of your contact with anyone

or research. And others who are led here are under the same worries over one thing or another-so it is not worry over nothing. There is plenty wrong with Liberty Tax that would have never happened at a competing company. There are industry worries I can agree to, but most of it is speculation. Things are not always as they appear as we are learning over time.

I publicly apologize to have offended you or left you unanswered at the time you needed an answer.
As I said before, I held my breath and worried for your sale and I know you did not get a fair deal on your close, but you got a little of something and that is a happier ending than many who faced your similar circumstance or opportunity. I cannot tell you how many times I have heard, paperwork sat too long or was incomplete or my Area Developer was incompetent or Corporate was incompetent. That is not what held your sale back in my strong belief, but still, I AM happy for you. I do NOT wish to see anyone else go through the stress you or others have experienced and did not induce/enhance it for you by my comments intentionally or without reason. You persisted and had it done. I was relieved to see your post that it was finalized and still sad that you did not get a fair deal at the same time. Just remember, you have some terms that you must abide by in your closing as well and be careful of that. They closed a 300k deal with Annie and then took it back and took action after the fact, so stay within your terms of agreement.

Now when I say uncomfortable questions, you may not understand that some of your questions HAD to go unanswered, because of a possible negative impact on others' situations that were similar to yours at the same time. They were sensitive in nature to ongoing cases for someone else and I cannot disclose certain things or a leak causes a problem. I am careful who to trust and what can be said, just as you were when you connected with me….so I truly now believe that is where our problem came in. If you have others phone numbers from this board, you may know of why they hold back certain information as well. If you know of people who read but cannot post, you may understand this same point.

Absolutely anything we do for ourselves can be considered a breach of contract, because of how restrictive the paperwork is, so please try to understand there are things you are not aware of that will come to light when publicly and legally placed on record from court proceedings. There already is plenty on dockets exposed, it is a matter of how to find it. I consider all of us united by some sense, but there are also planted comments on here and people have been caught contacting and misrespresenting themselves as victims or people trying to help as legal cousel and people who have been mistakenly taken for ficticous characters.

I had a deposition in August, a very important decision I made to put myself in harms way to stand for all. You cannot compromise something that important with having a comment taken wrong from being entrapped to be accused of anything including something as simple as diluting a brand.

Perhaps the posts of your worries on this board helped you tremendously, because by you speaking publicly about it, Corporate sees it and wants to have a good story on here now and then to counter the bad ones that did get a raw deal. Not everyone's stories are unhappy and that does not upset me at all. They do try to figure out people's identities and that is why it is encouraged to use screen names, but they can sometimes read between the lines as they are to quote a recent close friend of the Hewitt family, "obsessed with this board and hired hackers with unsucessful attempts" and with good reason. They can hack your facebook, they cannot hack this site and it really ticks them off so they must use plants to trigger responses and gather info. His own family posts on this board against Liberty Tax, so you can imagine the worry is not for nothing for the larger percentage of people. That is fact and from recorded conversations.

I must also defend myself and let you know it was recognized that I did not breach my contract as a reason for my termination. I was a liability and found out what my "other reasons" were in my deposition. Failure to lock your GRR on time was just an added reason and with several attorneys involved and consulted, there is no jury that would say that is a good enough reason to take a few hundred thousand from someone. The "other reasons" held ALL the weight on their timing and decision to term me who was a performing franchisee with good metrics. I cannot share that deposition, however, if it does not settle and goes to court, that will become public record soon enough.

I hope we have a better understanding of each other at this point and can move forward with helping people.

-Trisha

37. *Trisha Grabert* says:
September 26, 2012 at 12:03 pm

@ guest 2, call Mr. Arrington and ask if the IRS is doing a 6700 investigation. No, the IRS can not shut them down…..fact is the Department of Justice is working with them to do that as they have the power to "SHUT THEM DOWN" and the IRS has the power to take civil charges against the promoters which are John and Danny Hewitt. I apologize you are hard working for this company, but to not be informed will be your choice.

-Trisha

38. *Bill* says:
September 26, 2012 at 4:44 pm

Trisha:

I applaud and thank you for your courage.

39. *Trisha Grabert* says:
September 27, 2012 at 9:28 am

@ the firm or office of qtcibs?:

there isn't a site like that and because their aren't and happy Liberty operators.

31. *BII* says:
August 28, 2012 at 3:27 pm

Don't be fooled says:

do as he says, not as he does: Looking over the 10K and you see that Liberty tax lent John 750,000 at 4.5% meanwhile they sock it to the franchisees at 12%.

If your looking to purchase a Libety tax Franchise it would be worth looking at the 10K report. In 2012 the company had to offer franchisees operating loans totaling 67,969,000. If you divide that by the number of stores it comes out to $16,248.86 per store. The 10K will also show you the 341 stores closed in 2011 a failure rate of 8.8% based on number of stores open in 2011. 2012 results show the average store did 523 returns. The net average fee was $173.00. The average store revenue was $85,847. These figures are an average. A new store is more likely to have a return count of around 150 to 200 and grow around 15% per year over the next couple of years. For people that already have the tax knowledge the purchase of any franchise dosen't make sense if that is the kind of return volumne you are going to do.

Buyer Beware!!!

32. *Organized* says:
August 29, 2012 at 10:33 am

If anyone has any questions regarding owning a franchise just do some serious research and talk to an experienced (minimum 20 yrs) Franchise attorney that DOES NOT represent Franchisors.
Unfortunately "cesspool" is the perfect description for Franchise in this day and age

33. *Trisha* says:
August 30, 2012 at 9:27 am

@Todd, I have not read your material yet, I confess. However, Ok, so blame the IFA just as the DOJ has been pushed by Hewitt in every company he has been involved in for the entire industry to blame and accuse "rogue" franchisees or Corporate Employees. Blame anyone but the promotion specialist and advanced or invitation only training specialists, right? I think we are off topic here of what is presently happening with the lawsuits and defense cases for JTH they are keeping HIDDEN. Does anyone know what fraud was trained to the franchisees from Liberty or more directly John Hewitt? Does anyone know what inside information is not shared and why the family has told me they are shorting the stock? Does anyone know why his wife which he still is so very very close to would send me that facebook message that he needs to be stopped?

If Hewitt has 44yrs experience in his industry. Using a probability factor of 4, this would mean he is in his last let's just say 20percent of expected lifespan for his operation.
Hewitt in a hurry praises let's be #1 by 2020…..No, No, No, how about this interpretation? = 2020 is a kill-date if not sooner. It is over for him by 2020 so everyone still in as a franchisee will be encouraged and has been encouraged/persuaded and ordered to hurry and inflate your return counts (manual invoices, duh) and revenues (check your reports closer) as well as your budgets you turned in compared to your budgets your Area Developer tweaked and turned in among other tactics. WHO WANTS TO INVEST now and expect a ROI after all this legal activity he fails to mention in his PR announcements? And just why exactly does the IRS have a non-stop investigation always against him and Danny? Are they randomly selected. no, we know better. Especially those already interviewed

To answer JohnBarbarian, which is the most disrespectful and angry person I have ever encountered on a blog….Ftard? Real mature John. I can't believe I am answering you, however, I must say of all my success, I want to point out FAME.
My name comes from your posts a lot and I think I can chalk that one up as a prized accomplishment. Don't you? Yes I know you will respond, just remember….the more time you spend on here focusing on a diversion or distraction, the less time you are using to focus on YOUR operations. You got it? If you are so successful, you should be using your time better than to be on a board you have nothing to contribute to and John Hewitt would not approve if you were a franchisee, so that means you are encouraged to post here and keep some confusion and trashtalk going to disinterest people from reading the truths others want to speak about. You don't belong here as someone mentioned. You are so great, you do not qualify to be teaching us anything…have you taught us anything since you believe we are so stupid? Well go ahead and do so and while you are at it, show us how you wear the Liberty costume. I am positive Admin would not mind posting it, John. Come to think…NO. Keep your intellegence to yourself like a hidden treasure, we would all appreciate it not knowing the meanness inside of you. We know enough of you.

We all know that John Hewitt has a strategy and he posts here. Let's talk about risk aversion. Let's talk about his dominant strategies. How many of you have seen the renewal clause or for some, a separate paper saying I forgive Liberty of all the wrongs in the past, but it does not even tell you what they did wrong to you? Were you forced to sign it? Does everyone have a copy, yet? Let's get to class and get some class Mr. John.

Ace, I am available today, give me a call or email so I know which member you are that I have missed.

Hey Mr. Barbilla, why don't you give me a call too or would that be considered intimidating a federal witness in the RICO case as done from others in Liberty earlier this month? Fine line, don't cross it.

Rock, paper, scissors….YOU go first.

-Trisha

34. *Guest* says:
August 30, 2012 at 10:00 am

"@Todd, I have not read your material yet, I confess. However, Ok, so blame the IFA just as the DOJ has been pushed by Hewitt in every company he has been involved in for the entire industry to blame and accuse "rogue" franchisees or Corporate Employees."

Trisha: I don't think Todd is blaming the IFA INSTEAD of Liberty Tax or John Hewitt. The IFA is the old boy's network of fatcat franchisors who pool their money to protect their fellow fatcat franchisors and make sure nothing changes for franchisees and victims. The IFA promotes bad franchises to returning veterans by pretending that offering a discount equals "veteran friendly franchises."

The IFA runs FranPac, the political action committee I'm sure Hewitt contributes to which takes action to kill pro-franchisee, fair franchising legislation as it did in CA not long ago.

Remember, in 2006 the IFA named John Hewitt its "Entrepreneur of the Year" (or was that Entre-manure of the year?). That gave JH more manufactured credibility with which to sell franchises and, now, stocks.

I don't think its an either-or situation to blame IFA OR fatcat franchisors and their expensive lawyers OR the media which heaps undeserving awards and rankings on bad franchise concepts. It's all part of the same shell game, and Liberty Tax is certainly a willing participant.

35. *Todd A. Peterson* says:
August 30, 2012 at 1:20 pm

Absolutely Guest,

Mr. Hewitt is as guilty as sin itself but he is nothing compared what lies ahead for you Trish. Start trying to get answers from your politicians. How can they do this to me? Why doesn't the IFA or FTC do something about the fraud? Why won't the media tell my story?

When real victims look for answers the truth can be found. Franchising is a scam. Matco Tools was allowed to commit criminal acts against my franchise because franchising is UNTOUCHABLE! OR HAS THE RIGHT AMERICAN NOT FOUGHT YET???

36. *Todd A. Peterson* says:
August 30, 2012 at 1:21 pm

We all need to come together and make stand! All franchisees. This is the only way!

37. *ADMIN* says:
August 30, 2012 at 1:30 pm

New post on Liberty Tax. Press release from JTH in 1Q performance. Franchisees mentioned prominently:

**LIBERTY TAX Service Fiscal 2013 First Quarter Results**

38. *TexasTee* says:
August 30, 2012 at 3:53 pm

They are drinking their own Kool-Aide with those 1 Qtr results.

39. *Trisha* says:
September 1, 2012 at 3:08 pm

Agreed TexasTee, Their first quarter results are lies and sloppy. 12percent, no…double that until your accounts recievable notes are transferred to a new loan if you play nice. And we can pick at those numbers all day, it is just flat out sloppy and deceptive.

Thanks guest and Mr. Peterson for your response. There are many places where the problems lie in general, complaints for Liberty Tax and JTH are heard here and it is nice to see people looking at multiple ways to solve them as well.

Actually, the media will be putting a surprising story out and that's a good start.

-Trisha

40. *Frustrated and Disgusted* says:
September 4, 2012 at 2:53 pm

company. . . They can hack your facebook, they cannot hack this site and it really ticks them off so they must use plants to trigger responses and gather info. . ." (http://www.unhappyfranchisee.com/liberty-tax-services-franchise-complaints/comment-page-33/#comments on September 26, 2012, at 11:58am, Ex. 3.)

c. "Their first quarter results are lies and sloppy. 12percent, no…double that until your accounts recievable notes are transferred to a new loan if you play nice. And we can pick at those numbers all day, it is just flat out sloppy and deceptive." (http://www.unhappyfranchisee.com/liberty-tax-services-franchise-complaints/comment-page-32/#comments on September 1, 2012 at 3:08pm, Ex. 4.)

d. "2020 is a kill-date if not sooner. It is over for him by 2020 so everyone still in as a franchisee will be encouraged and has been encouraged/persuaded and ordered to hurry and inflate your return counts (manual invoices, duh) and revenues (check your reports closer) as well as your budgets you turned in compared to your budgets your Area Developer tweaked and turned in among other tactics." (*Id.* on August 30, 2012, at 9:27am)

e. "Corporate will tell anyone to do anything illegal to give them a reason to seek damages under "trademark infringement" especially when intent is to profit on your behalf and people will make Declarations of proof to the courts after they tell you to do it on Liberty Tax Plantiff side." (http://www.unhappyfranchisee.com/liberty-tax-services-franchise-complaints/comment-page-30/#comments on June 5, 2012, at 5:00pm, Ex. 5.)

EXHIBIT 5

3.  *Trisha Grabert* says:
June 2, 2012 at 2:41 am

@Todd,

CEO Ranking 3.1 of 5
Employees say it's "OK"

CEO Rating (Based on 32 reviews)

John T. Hewitt – Chairman, CEO and President
72%Approved

4. *Frustrated and Disgusted* says:
June 3, 2012 at 8:37 am

Working for vs. working with a company are two different things. John Hewitt wants you to put up your money with the sole purpose of advertising and developing his brand. The more you spend, the better he likes it. The chance of you failing are extremely high. Don't be fooled. The guy is a scam as evidenced by recent posts. Stay away, there are much better opportunities out there.

5. *Trisha Grabert* says:
June 3, 2012 at 4:45 pm

The Liberty Tax magazine they put out recently (one) was mentioned in a recent article about them contracting with Constant Contact. What does constant contact with clients have to do with the real message in the magazine about EMPLOYEE and FRANCHISEE RETENTION?

Switching gears again, make it sound good as they want to. They don't care about customer retention, that is on the backs of franchisees. They pretended to care about franchisee retention, but truth is they care about turnover and spending on training newbies to love Liberty when the old calls them out on their overcharging and royalty secret ways to hike it up with their accounting methods.

What kind of company sends you a renewal contract and states that you forgive them for all past wrongs, discovered or undiscovered? And that you promise not get involved in any legal class action which you may be a party to for damages to collect? That's not smart to expect a 5 year loyal franchisee to motivate them, when you are sending flags that you are starting a new beginning or end of something.

-Trisha

6. *Frustrated and Disgusted* says:
June 4, 2012 at 10:59 am

To all;

It can't be said enough. John Hewitt is looking for anyone who will spend their life savings, retirement investments, or any other source of funds they have to promote his business. He doesn't spend a dime of the companies' money for any type of promotion whatsoever except Facebook, or any other free internet opportunity to promote his business. It is all on the franchisee which is why this is a bad investment. Figure it out. By the time you pay rent, marketing, salaries, licenses, and other expenses, you are most likely losing money. Stay away.

7. *Guest9* says:
June 4, 2012 at 11:04 am

So, did anyone go to Convention and come back with any horror stories? Would love to hear them if you did. My wife came back with renewed excitement (as she always does), talking about all the fanfare, the party atmosphere, and the free gift giveaways — you know, the stuff they lure in new victims with?

Curious to hear any and all sides on this.

8. *Trisha Grabert* says:
June 5, 2012 at 5:48 am

Liberty Tax Nabs Troutman Partner As General Counsel

By Derek Hawkins
Law360, New York (March 07, 2011, 7:06 PM ET) — Liberty Tax Service last month picked up a former Troutman Sanders LLP partner to serve as the company's general counsel and vice president of legal and government affairs.

James J. Wheaton, a 10-year partner at Troutman, joined Liberty Tax in late February, according to the company's website.

Hired by Troutman in 2001, Wheaton chaired the firm's mergers, acquisitions, and business ventures practice group from 2007 until his departure. He also chaired the securities and capital markets practice group for a year in 2006.

OK SO THEY NABBED WHEATON to "Join" LIBERTY TAX IN 2011?? REALLY??
OH AND LOOK KATHY WAS SECRETARY BACK THEN BEFORE MOMMY DAYS OF JOHNS CHILD AFTER HER SUIT AGAINST HIM FOR SEXCAPADES WITHIN.

What about this 2001 Arkansas Corp Filing? w/Wheaton as Vice President

Corporation Name JTH TAX, INC.
Fictitious Names LIBERTY TAX SERVICE

Filing # 100203929
Filing Type Foreign For Profit Corporation
Filed under Act For Bus Corp; 958 of 1987
Status Good Standing
Principal Address

Reg. Agent REGISTERED AGENT SOLUTIONS, INC.

Agent Address 16 W CENTER

FAYETTEVILLE, AR 72701
Date Filed 09/18/2001
Officers JOHN T. HEWITT, Incorporator/Organizer
JANE MURPHY , Tax Preparer
JOHN T. HEWITT , President
KATHLEEN CURRY , Secretary
JAMES WHEATON , Vice-President
MARK BAUMGARTNER , Treasurer
RORY WALTERS , Controller

Foreign Name N/A
Foreign Address 4575 BONNEY RD
VIRGINIA BEACH, 23462

State of Origin DE

–Trisha

9. *SanFranDan* says:
June 5, 2012 at 1:17 pm

TO ALL THE POTENTIAL LIBERTY FRANCHISEES:

THIS WAS ABSOLUTELY THE WORST EXPERIENCE OF OUR LIVES. DO NOT, DO NOT, DO NOT GET INVOLVED WITH THIS COMPANY.

RUN THE OTHER WAY AS FAST AS YOU CAN AND DON'T LOOK BACK.

THIS COMPANY HAS CAUSED MY HUSBAND HIS CAREER THAT HE HAS DONE FOR 30 YEARS. THEY ARE SNAKES, LIARS, MONEY GRUBBING IDIOTS AND OUR HOPE IS THAT HE GETS EVERYTHING THAT HE DESERVES, INCLUDING JAIL TIME AND EXPOSURE INTO HOW HE'S REALLY RUNNING THINGS.

THERE IS NOTHING ELSE TO SAY EXCEPT DO NOT GIVE YOUR MONEY OR TIME TO THIS FRANCHISE. IT SUCKS BIGTIME. THERE IS NOTHING OF ANY REDEEMING VALUE TO THIS MAN OR HIS SON……HOPE THEY ROT IN HELL.

10. *Trisha Grabert* says:
June 5, 2012 at 3:30 pm

FYI of the day: Regarding unilateral or mutual terminations.

A contract is illusory
if there is no real
enforceable obligation between the parties.
If one party can breach
the contract and walk away
without any consequences, then courts deem that

to be no contract at all.

How many feel that your contract was terminated due to convenience?? Let me know.

11. *Trisha Grabert* says:
June 5, 2012 at 4:40 pm

To all who went to convention this year:

I did not go to The Liberty Tax Convention, ever, so whomever told people I was there…and made statements regarding me or my opinions, please do show the burden of proof. If anyone has questions, feel free to ask here.

Anyone who knows me, knows I was not there, however some are telling people I was there and speaking out about many things. Not true. Has anyone else heard this tale?

So how was convention for those who went?

–Trisha

12. *Guest9* says:
June 5, 2012 at 4:47 pm

The only tangible information I've heard from convention so far is that Liberty will no longer be doing an IPO, supposedly because they are now gunshy due to the problems Facebook had with theirs. They are still going to be publicly traded, but there will not be an IPO.

13. *Trisha Grabert* says:
June 5, 2012 at 5:00 pm

New information:

It was suggested to me by a famed franchisee/AD to start a blog about Liberty and get paid for it. How odd of advice?

THAT would be a violation of USC Title 15, Ch. 22, Subchapter III, Section 1125. So for any who are thinking with intent of diluting the brand and their directors and executives FOR PROFIT, you cannot do it.

Corporate will tell anyone to do anything illegal to give them a reason to seek damages under "trademark infringement" especially when intent is to profit on your behalf and people will make Declarations of proof to the courts after they tell you to do it on Liberty Tax Plantiff side.

Read the Chapters all zees and ex-zees– and be proactive, not reactive.

–Trisha

14. *Guest* says:
June 5, 2012 at 6:05 pm

Guest9:

Regardless of John's spin, Liberty is not going to be traded on the NYSE or NASDAQ because there was no interest in the road show. Most serious companies do not explore going public, then decide to be traded OTC (Over the Counter), in order for their employees to liquidate any vested options. It's a joke. Kayak.com filed an S-1, then decided against the IPO after Facebook. You won't find Kayak on OTC or the Pink Sheets anytime soon.

15. *bill* says:
June 7, 2012 at 2:23 pm

Trish:

Is there any class action suits that former franchisees can join?

16. *dodgerdawg* says:
June 8, 2012 at 4:08 pm

So, I AM FINALLY NO LONGER UNHAPPY!!! IF YOU WERE ALL CLOSE BY, I'D INVITE YOU OVER FOR A BBQ TO CELEBRATE. I kind of feel like it's an AA group and we're all over coming this addiction together and I've finally broken by bonds that bind me down.

Well, it is nice to now the franchise is someone else's worry now. I did lose some money on the sale but it's worth it to be done.

EXHIBIT 6

May 28, 2012 at 12:51 pm

@Richie,

I saw those ads and more too…. that's where the a[illegible] you believe?

If they don't sell some stores this year, they are in bad condition for their next move.

Ad should say all single mothers with no assets apply for full financing and others with assets please let us make you think it is hard to get selected.

Just saying…

Richie, request my contact info, I have an idea to share with you privately or facebook message me.

Thanks so much for sharing that, I was thinking same thing when I saw their aggressive ads this month.

-Trisha

5. *Trisha Grabert* says:
May 28, 2012 at 12:53 pm

Oh wait, maybe their advertising budget was comprised of the revenue they earn from taking DMA's from the area developers who better like koolaid for a while.

-Trisha

6. *Trisha Grabert* says:
May 28, 2012 at 12:55 pm

Danny jumped ship because his own father, termed him too to take back his DMA like the rest of the AD's when their strategy of revenue changed and they would not allow anyone to sell their DMA just like their territories for zees….just my opinion.

-Trisha

7. *mike* says:
May 28, 2012 at 8:30 pm

So the CEO OF LIBERTY TAX JOHN HEWITT, TOOK HIS SON DANNY to task? If that is true, what would he do to a franchisee? If you are a current franchisee, or someone looking to buy, DON"T DO IT!!!

8. *Trisha Grabert* says:
May 29, 2012 at 12:55 pm

@mike and all,

It is not like just Danny as though perhaps Danny done something rogue. How can you explain that he did the same thing to his daughter and his children's mother?

I guess just like selling vacuum cleaners, you go after vulnerable family first to test your capabilities. In this case is how easily he can rob his own family. So with no regards to ethical behavior to steal from his own family, how much does he value anyone in the Liberty system and now knowing this information, what person in their right mind would deal with such a horrible monster?

He slept with Martha and others in the company, and some once famed franchisees. If that is not manipulation from a sociopath, I do not know what is.

All this is fact, not opinion.
DO NOT BUY THIS FAILING FRANCHISE. IT IS ALL A SHOW, there is absolutely no growth in this industry and next season will be at a bigger decline. He cannot even give these territories away to anyone with intellegence at this point so he is ready to cash in at a much more aggressive pace and take it all.

PS> Jackson Hewitt booted John out and so did HR Block, yet he keeps acting like he sold it. Ok sure, how about some transparency on that any corporate listeners?

Steal from your own family, you are capable of stealing from anyone, once a thief always a thief.

-Trisha

-Trisha



LIBERTY TAX suggests low payroll, including having auditic[...]ore front and firing people before becoming bonus eligible for reduced operating costs. Corporate tells franchisees to make[...]ose who were cut won't get a bonus or little bonus as possble depending on their employment contract and by giving advan[...]you can save expense by not bringing the first peak preparers back. Some franchisees did not follow that advice and speak[...]reparers did not charge an extra $10 to people who were paid cash in a flash as advised by Robyn Hurych and the conference calls they listened to as soon as I was aware of their announcements.

I have to disagree that franchisees have no reason to complain. They did not just squeeze everything from them. Some fully financed franchisees were told they cannot pay themselves and their payday would come when they resell their stores or profit. As you can investigate, the majority of franchisees do not actually profit, only promised one day they will be paid from equity upon resell. Once they decide to refuse all buyers, they are stuck as you can research a few cases and find those. As one ex-franchisee told me, she made money working as a tax preparer and made no money working as a franchisee as her husband had to drain his income to sink into the business before. One current franchisee also reports they must live off her husbands retirement income and one claims that they have had to refinance their homes to put back into operations to get employees paid as Corporate suddenly cut off their financing.

I understand your point of view and complaint, but must add that there are many victims aside from employees, AD's, investors, customers and even paid Corporate employees. It is up to the public and those harmed to do business with or take action deemed necessary once they are fully informed and can balance the negative publicity with the few perhaps inflated success stories.

Thank you for giving us your personal experience with working with Steve which is an informative contribution on this site. It should be encouraged to speak out about people profitting from harming others through the name of Liberty Tax Service. Just know that there is a difference between people on Corporate's payroll who may also be franchisees and people who are merely unpaid franchisees.

-Trisha

16. *Guest10* says:
May 23, 2012 at 9:05 am

Trisha – you forget one important fact. YOU decided to buy into the biz. Don't blame others for not succeeding. Nobody forced you to buy a Liberty franchise.

17. *Guest* says:
May 23, 2012 at 9:22 am

Trisha – I have to agree with Guest10. Too many business owners (in lots of industries) point the finger at others when they fail. You said you had debt to Liberty. I don't know your situation, but a bank (which Liberty was when they loaned you money) has various triggers/opportunities to call their debt. In this case they did. When your liabilities exceed your assets, you don't deserve to get paid out on your equity (or negative equity).

The most important/overlooked metric in any business is free cash flow. You obviously didn't have any.

18. *Trisha Grabert* says:
May 23, 2012 at 9:40 am

@guess 10,

I forget nothing. I do blame Liberty Tax Service's unlawful actions interfering with my success as many others do.

Don't be so judgemental if you do not know why the blame is placed on Liberty Tax Service. When they unlawfully steal YOUR stores and breach trust with YOU, then you just may feel differently on another day. When you know all of the facts and seek an attorney, you may discover a different opinion as you do today.

You may be a successful franchisee and disagree with anything anyone has to complain about. If so please share your story and your ranking and profit margin. This is a complaints board. I shall complain.

-Trisha

19. *Guest10* says:
May 23, 2012 at 9:48 am

"Move it and Improve It" – what happened – you used to be such a Liberty backer…..

20. *guest2* says:
May 23, 2012 at 10:11 am

The key to any business is cash flow. The major problem is fully- financed.
You will never get over the debt requirement unless your area has almost no competition from H&R Block, Jackson-Hewitt, or Mom and Pop operations.